# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    CALIFORNIA

### APPEARANCE

Case Number: 08mj8635-01

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FRANCISCO JAVIER MORELOS-ALVAREZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/17/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name                                        Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City           State           Zip Code |
| | (619) 234-8467           (619) 687-2666 |
| | Phone Number              Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
|       Plaintiff,    ) | Case No. 08mj8635-01 |
| ) | |
| v.    ) | |
| ) | |
| FRANCISCO JAVIER MORELOS-ALVAREZ,) | |
| ) | |
|       Defendant.    ) | |
| _____) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  July 17, 2008                                               */s/ John C. Ellis, Jr.*
                                                                                                 JOHN C. ELLIS, JR.
                                                                                                                                   Federal Defenders
                                                                                                                                   225 Broadway, Suite 900
                                                                                                                                   San Diego, CA 92101-5030
                                                                                                                                   (619) 234-8467  (tel)
                                                                                                                                   (619) 687-2666  (fax)
                                                                                                                                   john_ellis@fd.org