**FILED**
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2478-W |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(ii) and |
| FRANCISCO JAVIER ) | (v)(II) - Transportation of |
| MORELOS-ALVAREZ (1), ) | Illegal Aliens and Aiding and |
| ~~GUSTAVO MENDOZA-PENA (2),~~ ) | Abetting |
| Defendants. ) | |

The United States Attorney charges:

On or about July 12, 2008, within the Southern District of California, defendants FRANCISCO JAVIER MORELOS-ALVAREZ ~~and GUSTAVO MENDOZA-PENA~~, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ivan Rojas-Morales, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: July 24, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
7/23/08